IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 JUL 27 PM 4: 27

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:12CB3005 |
| | ) | VIOLATION NO. W0909989, |
| Plaintiff, | ) | W0909988, W0909984, |
| | ) | W0909982, W0909905, |
| v. | ) | W0909904, W0909902, |
| | ) | W0909901 |
| | ) | |
| KETHAN S. MERCURE, | ) | MOTION TO CONTINUE |
| | ) | INITIAL APPEARANCE |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to continue the initial appearance presently scheduled for August 2, 2012, for the reason that the parties are in need of additional time to prepare. Steve Mercure, attorney for the defendant, does not object to this continuance. The undersigned respectfully requests that this initial appearance be continued until September 6, 2012.

UNITED STATES OF AMERICA

By:   DEBORAH R. GILG
      United States Attorney
      District of Nebraska

And:  */s/ Alan L. Everett*
      ALAN L. EVERETT #15387
      Assistant U. S. Attorney
      487 Federal Building
      100 Centennial Mall North
      Lincoln, Nebraska 68508
      Telephone: (402) 437-5241

## ORDER

IT IS ORDERED that the initial appearance in this matter is continued to September 6, 2012.

Dated this 27th day of July, 2012.

BY THE COURT:

CHERYL R. ZWART
United States Magistrate Judge