PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

    *v.*                  **Docket # 4:012PO3001-001**

**Kethan S. Mercure**

    On January 3, 2013, Kethan S. Mercure was sentenced to 2 years probation. The period of probation commenced on January 3, 2013. Kethan S. Mercure has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Kethan S. Mercure be discharged from probation.

                                      Respectfully submitted,

                                      Amber M. Prusa  
                                      U.S. Probation Officer Assistant

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

    Dated this 27th day of February, 2014.

                                      _uẺj gt{ṅT0\ y ctv_  
                                      The Honorable Cheryl R. Zwart  
                                      United States Magistrate Judge